**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

DALE STOKELY,

        Plaintiff,

v.

CSX TRANSPORTATION, INC.,

        Defendant.

_____/

Case No.: 3:20-CV-172-TJC-PDB

## JOINT NOTICE OF SETTLEMENT

COMES NOW, the Parties to this action, and notify the Court that this matter has amicably settled. The Parties do not require a ruling on Defendant's Renewed Motion to Compel Mental Examination (Doc. 36).

The parties are in the process of drafting and finalizing settlement documents, and will jointly move the Court for dismissal of this action upon conclusion, which the parties anticipate will occur within the next thirty (30) days.

        Respectfully submitted,

/s/ Dale Stokely
*Pro Se Plaintiff*
710 50th North
St. Petersburg, FL 33703
dalestokely@gmail.com

/s/C. Ryan Eslinger
Eric L. Leach; FL Bar No. 745480
eleach@miltonleach.com
C. Ryan Eslinger; FL Bar No. 634859
reslinger@miltonleach.com
Secondary Email Address:

aaustin@miltonleach.com
3127 Atlantic Boulevard
Jacksonville, Florida  32207
(904) 346-3800 - Telephone
(904) 346-3692 - Facsimile
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 7, 2021 I uploaded the foregoing to the Clerk of the United States District Court for filing via the CM/ECF system, and that a true and correct copy of the foregoing has been furnished via electronic service to all CM/ECF system participants.

**MILTON, LEACH, WHITMAN,
D'ANDREA & ESLINGER, P.A.**

C. Ryan Eslinger; FL Bar No. 634859
reslinger@miltonleach.com